**Jameston Howyn Lee YAW, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–72971.

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.*

Filed April 28, 2011.

Sok–Khieng K. Lim, Esquire, Davies & Pearson, Tacoma, WA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Eric Warren Marsteller, Esquire, William Charles Peachey, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Esquire, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Jameston Howyn Lee Yaw, a native and citizen of Trinidad, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to remand and dismissing his appeal from an immigration judge's removal order. We review for abuse of discretion the BIA's denial of a motion to remand. *de Jesus Melendez v. Gonzales,* 503 F.3d 1019, 1023 (9th Cir.2007). We deny the petition for review.

The BIA did not abuse its discretion by declining to remand Lee Yaw's matter to the immigration judge so that Lee Yaw could pursue post-conviction relief. *See Urbina–Mauricio v. INS,* 989 F.2d 1085, 1089 (9th Cir.1993) (a criminal conviction is final for purposes of immigration review if the alien has exhausted or waived direct appellate review of the conviction, and cannot be collaterally attacked in an immigration proceeding).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Lee Yaw's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.